658 A.2d 786

Dolores M. WAROS and the Regular Policemen of the Borough of Vandergrift, an Unincorporated Association, Appellants

v.

BOROUGH OF VANDERGRIFT, a Municipal Corporation.

Supreme Court of Pennsylvania.

Argued March 9, 1995.

Decided May 18, 1995.

Reargument Denied June 19, 1995.

Before, NIX, C.J., and FLAHERTY, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation.